IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DIEGO MEDEROS,

      Appellant,

v.

MAILBOX COMPANY OF
FLORIDA/TOWER GROUP
COMPANIES,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1341

_____/

Opinion filed January 6, 2015.

An appeal from an order of the Judge of Compensation Claims.
Doris E. Jenkins, Judge.

Date of Accident: October 6, 2011.

Diego Mederos, pro se, Appellant.

Gwen G. Jacobs, Tampa, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.